# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Bennie Robert Anderson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00048-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Skyline National Bank | ) | |
| Parkway Acquisition Corp., | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict dated November 15, 2022.

November 15, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court